

**United States District Court**
Central District of California
**Office of the Clerk**

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

January 23, 2024

**CONFORMED COPY**
ORIGINAL FILED
Superior Court of California
County of Los Angeles

Clerk, Los Angeles Superior Court, Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

**JAN 26 2024**

David W. Slayton, Executive Officer/Clerk of Court

Re: Case Number: __2:23-cv-05292-AB-PD__
Previously Superior Court Case No. __22STCV16538__
Case Name: __1791 MANAGEMENT, LP et al v. ENERGY VAULT, INC., et al__

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on __1/22/2024__, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

FILED
CLERK, U.S. DISTRICT COURT
FEB - 1 2024
CENTRAL DISTRICT OF CALIFORNIA
BY MMC   DEPUTY

Respectfully,

Clerk, U.S. District Court

By: _/s/ Grace Kami_
Deputy Clerk
grace_kami@cacd.uscourts.gov

*Encls.*
cc: Counsel of record

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

By: _Natalie Osolia_
Deputy Clerk

_1-26-24_
Date